UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHAN A. VAN WEELDEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUAL ENERGY LTD., DON KLAPKO, MICHAEL DOYLE, VICTOR DUSIK, ROBERT WILKINSON, KYLE TRAVIS, LEE CANAAN, MICHAEL COFFMAN, PETROFLOW CANADA ACQUISITION CORP., and PETROFLOW ENERGY CORPORATION,<br><br>　　　　　　　　Defendants. | Civil Action No. 5:14-cv-00047-C |
| ANTHONY MONTEMARANO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUAL ENERGY LTD., MICHAEL DOYLE, LEE CANAAN, MICHAEL COFFMAN, VICTOR DUSIK, DON KLAPKO, KYLE TRAVIS, ROBERT WILKINSON, PETROFLOW ENERGY CORPORATION, and PETROFLOW CANADA ACQUISITION CORP.,<br><br>　　　　　　　　Defendants. | Civil Action No. 5:14-cv-00058-C<br><br>**CLASS ACTION** |

[Additional Captions Follow]

**DECLARATION OF JUAN E. MONTEVERDE IN SUPPORT OF GARRY MITINAS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF, AND (3) APPROVAL OF LEAD COUNSEL**

| | |
|---|---|
| ANDREW COOKE, ON BEHALF OF THE ANDREW R. COOKE 1998 TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>EQUAL ENERGY LTD., PETROFLOW ENERGY CORPORATION, PETROFLOW CANADA ACQUISITION CORP., MICHAEL DOYLE, DON KLAPKO, LEE CANAAN, MICHAEL COFFMAN, VICTOR DUSIK, KYLE TRAVIS, and ROBERT WILKINSON,<br><br>     Defendants. | Civil Action No. 5:14-cv-00087-C<br><br>**CLASS ACTION** |
| JONATHAN SCRIPTURE, on Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>EQUAL ENERGY LTD., DON KLAPKO, MICHAEL DOYLE, VICTOR DUSIK, ROBERT WILKINSON, LEE CANAAN, MICHAEL COFFMAN, KYLE TRAVIS, PETROFLOW ENERGY CORPORATION, and PETROFLOW CANADA ACQUISITION CORP.,<br><br>     Defendants. | Civil Action No. 5:14-cv-00114-C<br><br>**CLASS ACTION** |

I, Juan E. Monteverde, declare as follows:

1. I am a member in good standing of the bar of the State of New York. I am a partner with the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the Garry Mitinas' motion for (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

2. Attached hereto are true and correct copies of the following exhibits:

*Exhibit 1*: First Notice of Pendency of the Action;

*Exhibit 2*: Gary Mitinas' Private Securities Litigation Reform Act Certification;

*Exhibit 3*: Firm Resume of Faruqi & Faruqi, LLP;

*Exhibit 4*: Stipulation of Settlement in *In re Cogent, Inc. Shareholders Litigation*, No. 5780-VCP (Del. Ch. 2010);

*Exhibit 5*: [Corrected] Stipulation and Agreement of Compromise, Settlement and Release in *In re Playboy Enterprises, Inc. Shareholders Litigation*, No. 5632-VCN (Del. Ch. 2010);

*Exhibit 6*: Memorandum of Understanding in *In re Hearst-Argyle Shareholder Litigation*, No. 600926/2009 (N.Y. Sup. Ct. 2009);

*Exhibit 7*: Stipulation of Settlement in *In re Fox Entertainment Group, Inc. Shareholders Litigation*, No. 1033-N (Del. Ch. 2005);

*Exhibit 8*: Order After Hearing [Plaintiff's Motion for Preliminary Injunction; Motions to Seal] granted in *Knee v. Brocade Communications Systems, Inc.*, No. 1-12-CV-220249 (Cal. Super. Ct. Apr. 10, 2012) (Kleinberg, J.);

*Exhibit 9*: Stipulation of Settlement and Agreement of Compromise, Settlement and Release in *In re McCormick & Schmick's Shareholder Litigation*, No. 7058-VCL (Del. Ch. 2011); and

*Exhibit 10*: Stipulation of Settlement in *In re International Coal Group, Inc., Shareholders Litigation*, No. 6464-VCP (Del. Ch. 2011).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of March, 2014 at New York, New York.

                                                  */s/ Juan E. Monteverde*
                                                    Juan E. Monteverde