DUPLICATE

Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500039646
Cashier ID: cprice
Transaction Date: 05/07/2014
Payer Name: Hall Estill
---
PRO HAC VICE
 For: Jessica Andrade
 Case/Party: D-OKW-5-09-LB-000123-001
 Amount:      $50.00
---
CHECK
 Check/Money Order Num: 37725
 Amt Tendered:  $50.00
---
Total Due:     $50.00
Total Tendered: $50.00
Change Amt:    $0.00

PHV
Jessica Andrade
CIV-14-47-C

Return check fee $53