IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOHAN A. VAN WEELDEN,<br><br>      Plaintiff,<br><br>v.<br><br>(1) EQUAL ENERGY LTD., ET AL.,<br><br>      Defendants. | Case No. CIV-14-47-C |

## ORDER

This cause is before the Court on the Motion of Defendants Equal Energy, Ltd., Kyle Travis, Lee Canaan, and Michael Coffman, to admit James E. Howard to practice before this Court *pro hac vice* [Doc. 12]. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that James E. Howard be admitted to practice before this Court for the purpose of appearing in the above-styled case, provided counsel submits his ECF registration form and files an entry of appearance, consistent with LCvR 83.4.

IT IS FURTHER ORDERED that the admission of James E. Howard is conditioned on the continued appearance in the case of an active member of the Oklahoma Bar Association, resident of the State of Oklahoma, upon whom service of all matters connected with this action may be made with the same effect as if made upon Mr. Howard within the State of Washington.

Dated this 14th day of May, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge